**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00038-CR**
_____

**STEVEN MCBROOM, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the County Court at Law No. 3**
**Jefferson County, Texas**
**Trial Cause No. 331,613**

---

**MEMORANDUM OPINION**

Steven McBroom filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). McBroom and his attorney signed the motion. *See id*. We grant the motion and dismiss the appeal. *See id*. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on December 12, 2023
Opinion Delivered December 13, 2023
Do Not Publish

Before Golemon, C.J., Horton and Johnson, JJ.